IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD, | No. C -14-00066 EDL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HONG KONG AOSEN INTERNATIONAL GROUP CO., | |
| Defendant. | |

The Case Management Conference currently set for July 8, 2014 is continued to September 9, 2014, at 10:00 a.m.  A joint Case Management Conference statement shall be filed no later than September 2, 2014.

**IT IS SO ORDERED.**

Dated: July 2, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

United States District Court
For the Northern District of California