IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD, | No. C-14-00066(EDL) |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HONG KONG AOSEN INTERNATIONAL GROUP CO., | |
| Defendant. | |

The Case Management Conference currently set for September 9, 2014 is continued to October 21, 2014 at 3:00 p.m. A joint case management conference statement shall be filed no later than October 14, 2014.

**IT IS SO ORDERED.**

Dated: September 3, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge